|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEREMY BRYANT,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cr-5196BHS<br><br>ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

This matter comes before the Court on the Defendant's unopposed motion to continue the trial date and pretrial motions due date in this case. The Court, having considered the unopposed motion, the declaration of counsel in support of the motion and the Defendant's speedy trial waiver makes the following findings of fact and conclusions of law in addition to the facts set out in defendant's motion which are hereby incorporated:

　　1. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

　　2. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER - 1

3. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Defendant waived speedy trial through May 30, 2024.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from March 19, 2024, to April 23, 2024, at 9:00 a.m. The resulting period of delay from March 4, 2024, to April 23, 2024, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The parties are directed to submit a stipulation regarding the deadline for the government's disclosures of its expert witnesses. *See* Fed. R. Crim. P. 16(a)(1)(G)(ii). If no stipulation is reached, then each party must submit a proposed date along with the reasons in support of that proposed date.

Pretrial motions are due no later than March 15, 2024. Proposed voir dire due 10 days before trial, jury instructions and trial briefs are due 14 days before trial for the government and 10 days before trial for the defense. Pretrial Conference is set for April 15, 2024 at 11:30 a.m.

Dated this 4th day of March, 2024.

BENJAMIN H. SETTLE
United States District Judge